# UNITED STATES DISTRICT COURT
## for the DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION for the ADVANCEMENT of MULTIJURISDICTION PRACTICE (NAAMJP) ) 12016 Wilshire Blvd. Suite 5 ) Los Angeles, CA 90025 ) Jose Jehuda Garcia, ) Marinna L. Callaway, ) Herbert Howard Detrick II ) )      Plaintiffs ) ) vs. ) ) ) )      Defendants, ) Richard W. Roberts, Chief Judge ) U.S. District Court for the ) District of Columbia ) United States Courthouse ) 333 Constitution Avenue, NW ) Washington, DC 20001 ) Emmet G. Sullivan, Colleen ) Kollar-Kotelly, Ellen S. Huvelle, ) Reggie B. Walton, John D. Bates, ) Richard J. Leon, Rosemary M. ) Collyer, Beryl A. Howell, Robert ) L. Wilkins, James E. Boasberg, ) Amy Bermnan Jackson, Rudolph ) Contreras, Ketanji Brown Jackson ) _____) | CIVIL NO.1:13-CV-1963 TFH<br><br>**NOTICE OF ERRATA AND CORRECTION IN ECF 1 COMPLAINT** |

1

PLEASE TAKE NOTICE Plaintiffs hereby correct typographical errors in the Complaint ECF 1, paragraphs as follows:

¶ 4, last sentence should read:

These members have been handicapped and deprived of their constitutional rights by the LCvR 83.8(a)(2), which is an overbroad prior restraint that categorically disqualifies them for general admission privileges in the U.S. District Court for the District of Columbia.

¶ 29, last sentence should read:

DC LCvR 83.8(a)(2) disqualifies the otherwise qualified Plaintiffs in exercising their constitutional right to admission on motion.

¶ 31, last sentence should read:

It turns upside down the ABA and UBEC recommendations for reciprocal admission.

¶ 32, second sentence should read:

These include Supreme Court Rule 5, FRAP 46 and 5 U.S.C. §500(b).

¶ 57, last sentence should read:

Moreover, it would be a delusion and irrational to believe that these experienced attorneys would violate their professional responsibilities and sacrifice their good standing and reputation in the states they are licensed.

¶ 59, first sentence should read:

DC LCvR 83.8 (a)(2) is unlawful because it is based on the location of a lawyer's office.

Plaintiffs apologize to the Court for these proof-reading errors.

Dated:  December 16, 2013            Respectfully submitted,

/s/ *Raymond Carignan*
By: Raymond Carignan, Esq.
Raymond Carigan, Esq., LLC
DC Bar ID: 388591
Attorney for Plaintiffs NAAMJP et. al.
10176 Baltimore National Pike, Suite 202
Ellicott City,  MD 21042
Phone: 410-703-2703
Email: ray.carignan@raycarignan.com

*/s/ Joseph Robert Giannini*
Joseph Robert Giannini, Esq.
PA State Bar 38814
Attorney for Plaintiffs NAAMJP et. al.
12016 Wilshire Blvd. Suite 5
Los Angeles, CA 90025
Phone 310 207 1776
Email j.r.giannini@verizon.net